PROB 12B
(7/93)



# United States District Court

## for the

### SOUTHERN DISTRICT OF MISSISSIPPI

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Bridget Renee Lewis**         Case Number: **3:05cr51TSL-JCS-002**

Name of Sentencing Judicial Officer: Honorable Tom S. Lee

Date of Original Sentence: August 12, 2005

Original Offense: 18 U.S.C. § 371 - Conspiracy to Commit Access Device Fraud

Original Sentence: Five (5) years Probation

Type of Supervision: Probation          Date Supervision Commenced: August 12, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for ___year, for a total term of ___ years.

[X]   **To modify the conditions of supervision as follows:**

1)   **Extend the term of electronic monitoring for an additional two months, subject to the same conditions of Home Confinement as previously imposed.**

### CAUSE

On or about January 3, 2006, the offender violated the terms of her Home Confinement agreement. The offender left her residence at a time that was not approved by her supervising U.S. Probation Officer to attend an event not authorized under the terms of the Home Confinement Program, specifically, she attended a Warren Central High School Basketball game.

Respectfully submitted,

Martha S. Gardner
SUSPO Approval

by

David Dunn
U. S. Probation Officer
Date: February 14, 2006

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Tom S. Lee
U. S. DISTRICT JUDGE

2/15/06
DATE

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF MISSISSIPPI

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The offender voluntarily agrees to extend the period of Electronic Monitoring for an additional two (2) months until April 11, 2006.**

Witness: _____  Signed: _____
U.S. Probation Officer            Probationer or Supervised Releasee

Jan 31, 2006
DATE